JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIANO AGUILAR,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PRESIDENTIAL WEAR, LLC<br><br>　　　　　　Defendant. | Case No. CV 24-2244 FMO (AJR)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 31st day of March, 2026.

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　United States District Judge